■ In the Matter of DONALD E. DE GROAT, Appellant, v. WALTER M. WALLACK, Respondent.— Motion for reargument dismissed as untimely, without costs. Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH WASHINGTON, Relator, v. ROSS E. HEROLD, as Director, of Dannemora State Hospital, Respondent.— Applications, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and as otherwise insufficient on their face (see *People ex rel. Brunson* v. *Johnston,* 15 N Y 2d 647). Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.